UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE ) NO. 1:18mj122
CRIMINAL COMPLAINT AND )
ARREST WARRANT FOR )
WILLIAM RICHARD HILLIARD, JR )
)
)
)
)
)

FILED
ASHEVILLE, N.C.
DEC 13 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

## ORDER SEALING COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Affidavit, Arrest Warrant, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Arrest Warrant, and the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 13th day of December, 2018

W. Carleton Metcalf
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA