IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:18MJ122 |
| v. | |
| WILLIAM RICHARD HILLIARD, JR | |

## ORDER UNSEALING COMPLAINT AND ARREST WARRANT

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, affidavit, and arrest warrant be unsealed,

**IT IS HEREBY ORDERED** that the Complaint, affidavit and arrest warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 18th day of December, 2018.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA