# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 MJ 122

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM RICHARD HILLIARD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by Chad E. Axford. Upon review of the Motion, it appears that Mr. Axford, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Russell B. Long, who the Motion represents as being a member in good standing of the Bar of the United States District Court for the District of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** Russell B. Long to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 21, 2018

W. Carleton Metcalf
United States Magistrate Judge